1819.

Hambleton,
vs
Tenant

on the precise point, and the court have endeavoured to prove, that all the analogies of the law are opposed to the construction contended for by the plaintiff. They therefore are of opinion, that the plaintiff is not entitled to recover, and refuse to give the opinion to the jury as prayed. The plaintiff excepted. Verdict and judgment for the defendant. From which judgment the plaintiff appealed to the Court of Appeals, but did not prosecute his appeal *(a.)*

(*a*) Though no opinion in this case was given by the Court of Appeals, the Reporters have supposed its publication would be acceptable to the profession, because of the evident care with which the judgment of the court below was pronounced, and the well merited reputation of the Judge by whom it was delivered.

---

JUNE, (E. S.)

Where the judgment of the county court is reversed by the court of appeals, and the proceedings are remitted, with a writ of *procedendo*, to the county court, and on a new trial that court give judgment on the same question, in accordance with the judgment given by the court of appeals—such judgment, on appeal, must be affirmed.

HAMBLETON vs. TENANT.

-APPEAL from *Talbot* County Court. This cause was before this court at December term 1811, (3 *Harr. & Johns.* 233,) on the appeal of the now appellee, and the judgment of the county court was reversed, and the case remitted to that court, with a writ of *procedendo* directing a new trial. At the new trial in November 1816, the same testimony was offered in evidence by the parties which had been offered by them in the former trial. And to the reading in evidence the deposition of *E. N. Hambleton,* the defendant, as at the first trial again objected, on the ground of its being illegal and incompetent evidence, and that it was in the nature of parol evidence, tending to contradict or substantially vary the legal operation of the patent of the tract of land called *Neglect,* and prayed the court that it might not be read. But the court, [*Earle,* Ch. J. and *Worrell,* A. J.] were of opinion, (considering themselves bound by the judgment of the Court of Appeals, delivered upon the same point in the bill of exceptions heretofore taken in the same cause) that the deposition was legal and competent evidence, and ought to be read, suffered it to be read to the jury. The defendant excepted; and the verdict and judgment being against him, he appealed to this court.

The cause was argued before CHASE, Ch. J. and JOHNSON, MARTIN, and DORSEY, J.

JUDGMENT AFFIRMED *(b.)*

(*b*) The reason for affirming the judgment in this case is given by the court in *Clerklee vs. Mundell's Lessee,* (*Post.*)